## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| ROBOCAST INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 11-235-RGA |
| | : |
| APPLE INC., | : |
| | : |
| Defendant. | : |

## ORDER

The Court having received a Report and Recommendation (D.I.266), and the time for

filing objections having passed, and no objections being filed, IT IS HEREBY ORDERED that

the Report and Recommendation (D.I. 266) is ADOPTED IN FULL.

_10-28-13_
Date

United States District Judge